IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **WILLIAM DOUGLAS HARTER, JR.**, | * | **Case No. 3:18-cv-00391** |
| Plaintiff, | * | **Judge Thomas M. Rose** |
| vs. | * | |
| **CITY OF PIQUA**, *et al.*, | * | **DISMISSAL ENTRY WITH PREJUDICE** |
| Defendants. | * | |

The Parties have entered into a Settlement Agreement and have agreed to dismiss all claims with prejudice. The Parties have requested that the Court retain jurisdiction over the case for the limited purpose of enforcing the terms of the Settlement Agreement.

Accordingly, having received a copy of the Settlement Agreement for that limited purpose, the Court hereby dismisses this case with prejudice pursuant to Rule 41(a) and agrees to retain jurisdiction over the matter for the purpose of enforcing the terms of the Settlement Agreement reached between the Parties. Costs shall be allocated according to the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, September 13, 2019.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

**STIPULATED:**

| | |
|---|---|
| *s/ J. Steven Justice* | *s/ Gary E. Becker* |
| J. Steven Justice (0063719) | Gary E. Becker (0012716) |
| Michael J. Scarpelli  (0093662) | DINSMORE & SHOHL LLP |
| DUNGAN & LeFEVRE CO., LPA | 255 E. Fifth Street, Suite 1900 |
| 210 West Main Street | Cincinnati, Ohio  45202 |
| Troy, Ohio 45373 | Phone:  (513) 977-8200 |
| Phone:  (937) 332-9640 | Fax: (513) 977-8179 |
| Fax:  (937) 335-4084 | gary.becker@dinsmore.com |
| justice@dunganattorney.com | *Attorney for Defendant City of Piqua* |
| mscarpelli@dunganattorney.com | |
| *Attorneys for William Douglas Harter, Jr.* | |

*s/ Tabitha Justice*
Nicholas E. Subashi (0033953)
Tabitha Justice (0075440)
SUBBASHI &WILDERMUTH
50 Chestnut Street, Suite 230
Dayton, Ohio  45440
Phone:  (937) 427-8800
Fax:  (937) 427-8816
nsubashi@swjohiolaw.com
tjustice@swjohiolaw.com
*Attorneys for Defendant Gary Huff*

4838-5854-0709, v. 2